# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Welch, | Case No.: 2:21-cv-01991-JAD-NJK |
| Plaintiff | |
| v. | **Remand Order** |
| The Vons Companies, Inc.; et al., | [ECF No. 7] |
| Defendants | |

Michael Welch filed this personal-injury action based entirely on state-law claims in Nevada State Court. Defendant the Vons Companies, Inc. removed this case to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.[1] Arguing that the defendant cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 7] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 25, Case No. A-21-841672-C,** and CLOSE THIS CASE.

Dated: February 3, 2022

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 7.